BENJAMIN N. BULLOCK *vs.* PELEG E. ALDRICH.

A petition to this court, under *St.* 1856, *c.* 173, § 7, for the removal of a public officer, must be under oath of the petitioner, and supported by affidavits showing reasonable and probable cause.

PETITION under *St.* 1856, *c.* 173, § 7, for the removal of the respondent from the office of district attorney of the Middle District.

BY THE COURT.   This petition is not in a condition to be received at this time.   It should be verified by the oath of the petitioner, and be supported by other affidavits showing reasonable and probable cause for the removal of the officer complained of.   If so verified and supported, it may be filed and an order of notice issued upon it in vacation, and a hearing had before a full bench in some other place, if the parties agree.

*Petition not received*